# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LONNIE LANE, on behalf of himself and  
all others similarly situated                                                                                PLAINTIFF

v.                                         No. 4:17CV00152 JLH

UNIVERSAL FIDELITY LP; LINK  
REVENUE RESOURCES LLC;  
and JAMIE JACKSON, individually                                                                   DEFENDANTS

## ORDER

The plaintiff's motion to dismiss is GRANTED. Document #7. This action is dismissed without prejudice.

IT IS SO ORDERED this 17th day of August, 2017.

_____  
J. LEON HOLMES  
UNITED STATES DISTRICT JUDGE